Court Clerk,

RE: Case# 3:07-cv-06008-TEH
Hon. Thelton E. Henderson

My Habeas Corpus Petition was filled on 11/28/07, Entered on 12/04/07. As of today I have not received any correspondence from the Courts regarding my case. Can you please send me information on the status of my case?

Thank You

Mark E. Hamann F17150
CSATF/SP B3-223 UP
PO Box 5248
Corcoran, CA. 93212