MARK Edward Hamawn F17150
CSATF/SP  B3-223 up
Po Box 5248
Corcoran, CA. 93212

In Propria Persona

FILED
08 APR 15 PM 1:12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK E. HAMAWN,           )   CASE NO: C 07-06008 TEH
          Petitioner,     )
                          )
VS.                       )   MOTION FOR THE APPOINTMENT
                          )   OF COUNSEL.
                          )
KEN CLARK, WARDEN,        )
          Respondent,     )
_____)

I, MARK Edward Hamawn, Petitioner in this matter before the Court submit this MOTION FOR THE APPOINTMENT OF COUNSEL, Requesting that the Court appoint counsel to represent me in this case for the following reasons:

1. I am unable to afford to hire my own Counsel.
2. The Issues in this case are complex and may require considerable discovery and fact finding, which is beyond reach of Petitioner.

(1)

3. I have limited knowledge of the law, and this case will require much greater legal skill than I possess or can develop.

18 U.S.C. §3006(A) authorizes the appointment of counsel at any stage of the case, "if the interests of justice so require." See Rule 8(c), Fed. R. Governing §2254 cases. Also see Bounds v. Smith 430 U.S. 8917, 821-828 (1977), the Supreme Court held that a state must give state prisoners a "reasonably adequate opportunity to present claimed violations of fundamental constitutional rights to the courts," by providing some form of legal assistance. Id at p. 825.

## CONCLUSION

For the foregoing reasons petitioner requests the Court to grant this motion in all respects.

Dated: 4/13, 2008

Respectfully submitted
/s/ Mark E. Hamann
MARK EDWARD HAMANN
In Propria Persona

## VERIFICATION

I, MARK E. HAMANN declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and believe I that I am entitled to the relief sought.

Dated: 4/13, 2008   ②   /s/ Mark E. Hamann

Proof of Service by Mail

I, the undersigned, hereby declare I am over the age of eighteen years, that I am a party to the foregoing cause of action and that on this 13th day of April, 2008, I delegated to prison authorities the task of filing by U.S. mail the following document:

Motion for the Appointment of Counsel

Addressed to the below named:

U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

I swear under the penalty of perjury under the laws of the State of California that the above certificate of proof is true and correct.

Executed at Corcoran, CA, on this 13th day of April 2008

MARK E. HAMANN
DECLARANT

_____
Signature