Court Clerk, 5/1/08

This is a request for confirmation of my Motion and request for Appointment of Counsel for my case No: C07-06008 TEH. Will I recieve a respone before the AG's deadline to file an Answer to my Petition? If the AG files for an extention will I be notified?

Thank You

RECEIVED 08 MAY -5 PM 1:36 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY X 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Mark E. Hamann F17150
CSATF/SP   B3-223 UP
PO Box 5248
Corcoran, CA. 93212