1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. HAMANN,<br><br>                           Petitioner,<br><br>      v.<br><br>KEN CLARK, Warden,<br><br>                           Respondent. | C 07-06008 TEH (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |

I, Catherine A. Rivlin, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to handle the above-encaptioned case.  I have obtained the appellate file, made one successful request for additional state records, and am following up on a note I got back with those records.  I was the responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts. However the press of earlier assigned and emergency reassignment cases has prevented my devoting substantial attention to this case to date.  In the most recent 30 days, while I have been acquiring the record, I have completed respondent's briefs in *People v. Winters*, A116052, and *People v. Braga*, H031732, the respondent's supplemental brief in *People v. Gromer*, A115293, and a request for modification in *People v. Adams et al.,* H030529.  *Winters*, in particular, was a very substantial case

1  which a colleague extended several times but did not brief before separating from state service
2  recently. In the next 30 days, I must complete respondent's briefs in *People v. Parker*, A117498,
3  *People v. Hembree*, A119415; the answer and memorandum in *Payne v. McGrath*, C 07-4712 JSW;
4  and the appellee's brief in *Joseph v. Kane*, 07-15224. I have not attempted to contact petitioner,
5  who is representing himself in this proceeding, because he is incarcerated in state prison and cannot
6  be conveniently reached.
7      I declare under penalty of perjury of the laws of the State of California and the United
8  States of America that the foregoing is true and correct. Executed at San Francisco, California on
9  May 23, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

hamannfheotdec.wpd
SF2008401151

Decl. of Counsel in Supp. of Appl. for Enl. of Time            *Mark E. Harmann v. Ken Clark, Warden*
                                                                             C 07-06008 TEH (PR)