Court Clerk;

RECEIVED 5/29/08
08 JUN -2 PM 1:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1) As of today I have not received the Respondents answer to my writ of habeas corpus. Did the file for an extention?

FILED
JUN X 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2) Did the Courts receive my request and motion the appointment of Counsel?

Thank you

NO. C07-06008TEH

Mark E. Hamann F17150
CSATF/SP  B3-223 UP
P.O. Box 5248
Corcoran, CA 93212