Court CLERK,                                6/9/08

CASE # C07-06008 TEH

OLD address

MARK HAMANN - F17150
CSATF/SP   B3-223 UP
Po Box 5248
Corconan, Ca 93212

NEW ADDRESS

MARK HAMANN - F17150
CSATF/SP   F3B-243 UP
Po Box 5248
Corconan, Ca 93212

Could You please give this to the A.G.

Thx