UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD HAMANN,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK et al,<br><br>        Defendant._____/ | Case Number: CV07-06008 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. Hamann #:F-17150
California State Prison at Corcoran
CSATF/SP, F 3B-243 Up
P.O. Box 5248
Corcoran, CA 93212

Dated: June 13, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk