1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

I, Catherine A. Rivlin, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to handle the above-encaptioned case.  I have obtained the appellate file and, recently, the last batch of state habeas corpus records.  I was the responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts. However the press of earlier assigned cases has prevented my devoting substantial attention to this case to date.   In the most recent 30 days, while I have been acquiring the last of the record, I have completed respondent's briefs in *People v. Simmons*, A119241, *People v. Parker*, A117498, and *People v. Hembree*, A119415, and *People v. Heredia*, H032271, the respondent's supplemental brief in *People v. Kelly*, A117360, a motion in a capital case set for evidentiary hearing, *In re Welch*, 07-08552, a petition for review in *People v. Soria,* H031234, and

a motion to dimiss in *Payne v. McGrath*, C 07-4712 JSW. I must complete the appellee's brief in *Joseph v. Kane*, 07-15224, before I go out of town for a conference, July 4-14, 2008. I was hoping to also finish this assignment before leaving, but that has not proved possible. I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently reached. For these reasons, I request an additional 30 days, to July 26, 2008, within which to answer or file a responsive pleading in this case.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on June 26, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

hamannfheot2dec.wpd
SF2008401151

Decl. of Counsel in Supp. of Appl. for Enl. of Time                    *Mark E. Harmann v. Ken Clark, Warden*
                                                                        C 07-06008 TEH (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Mark E. Hamann v. Ken Clark, Warden*       No.: **C 07-06008 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 26, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Mark E. Hamann
SPN# F -17150
California SATF & State Prison, FB3-243
P.O. Box 5248
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Francisco, California.

|      J. Espinosa      |      /s/   J. Espinosa      |
|:---:|:---:|
| Declarant | Signature |

hamannfheot2pos.wpd
SF2008401151