IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 26, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

Dated: _____   _____
THELTON E. HENDERSON
United States District Judge

[Proposed] Order                                                                                  *Mark E. Hamann v. Ken Clark*, Warden
Case No. C 07-06008 TEH (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Mark E. Hamann v. Ken Clark, Warden*    No.: **C 07-06008 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 26, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Mark E. Hamann
SPN# F -17150
California SATF & State Prison, FB3-243
P.O. Box 5248
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Francisco, California.

|           J. Espinosa           |      /s/   J. Espinosa      |
|:-------------------------------:|:---------------------------:|
|           Declarant             |         Signature           |

hamannfheot2pos.wpd
SF2008401151