7/13/08

ADDRESS CHANGE

CASE # C07-06008 TEH

NEW: MARK HAMANN F17150
CSATF/SP F3 280
PO BOX 5248
CORCORAN, CA 93212

OLD: MARK HAMANN F17150
CSATF/SP F3 243
PO BOX 5248
CORCORAN, CA 93212

RECEIVED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA