EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
CATHERINE A. RIVLIN, State Bar No. 115210
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5977
 Fax:  (415) 703-1234
 Email:  Catherine.Rivlin@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK E. HAMANN,**<br><br>                    Petitioner,<br><br>     v.<br><br>**KEN CLARK, Warden,**<br><br>                    Respondent. | C 07-06008 TEH (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 30-day enlargement of time until August 25, 2008, within which to answer the petition for writ of habeas corpus in this case or file any other appropriate motion.  As explained in the declaration, counsel for respondent has obtained the state court appellate record and the state habeas corpus record for lodging, but has been burdened by earlier-assigned cases.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including August 25, 2008, in which to file the answer.

Dated: July 22, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

Hamann3 Application for ET.wpd
SF2008401151

Application for Enlargement of Time                                    M*ark E. Hamann v. Ken Clark, Warden*
                                                                       C 07-06008 TEH (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Mark E. Hamann v. Ken Clark, Warden*          No.:  **C 07-06008 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 22, 2008</u>, I served the attached:

1. **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION**;
2. **DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Mark E. Hamann
SPN# F -17150
California SATF & State Prison, FB3-243
P.O. Box 5248
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2008, at San Francisco, California.

|            J. Espinosa            |         /s/ J. Espinosa          |
| :-------------------------------: | :------------------------------: |
|             Declarant             |            Signature             |

hamannfheot3pos.wpd
SF2008401151