1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   CATHERINE A. RIVLIN, State Bar No. 115210
    Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5977
     Fax:  (415) 703-1234
8    Email:  Catherine.Rivlin@doj.ca.gov
    Attorneys for Respondent
9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13   **MARK E. HAMANN,**                        C 07-06008 TEH (PR)

14                              Petitioner,      **DECLARATION OF COUNSEL IN**
                                                 **SUPPORT OF APPLICATION FOR**
15              **v.**                           **ENLARGEMENT OF TIME**

16   **KEN CLARK, Warden,**

17                              Respondent.

18

19          I, Catherine A. Rivlin, declare under penalty of perjury as follows:

20          I am the California Supervising Deputy Attorney General assigned to handle the above-

21   encaptioned case.  I have obtained the appellate file and the state habeas corpus records.  I was the

22   responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts.

23   However the press of earlier assigned cases has prevented my devoting substantial attention to this

24   case to date.   In the most recent 30 days, I have completed the appellee's brief in *Joseph v. Kane*,

25   07-15224, answered a petition for review in *People v. Adams, et al.*, S164577, filed a discovery

26   pleading in a capital case, *In re Welch*, S107782/070855-2, and attended a conference, July 4-14,

27   2008.   I will be out of the office again from August 8-18, but plan to complete the present

28   assignment within the time requested.  I have not attempted to contact petitioner, who is representing

1  himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently

2  reached.  For these reasons, I request an additional 30 days, to August 25, 2008, within which to

3  answer or file a responsive pleading in this case.

4          I declare under penalty of perjury of the laws of the State of California and the United

5  States of America that the foregoing is true and correct.  Executed at San Francisco, California on

6  July 22, 2008.

7

8                                  Respectfully submitted,

9                                  EDMUND G. BROWN JR.
                                   Attorney General of the State of California

10                                 DANE R. GILLETTE
                                   Chief Assistant Attorney General
11
                                   GERALD A. ENGLER
12                                 Senior Assistant Attorney General

13                                 PEGGY S. RUFFRA
                                   Supervising Deputy Attorney General
14

15                                 /s/ Catherine A. Rivlin

16                                 _____
                                   CATHERINE A. RIVLIN
17                                 Supervising Deputy Attorney General
                                   Attorneys for Respondent
18

19
    hamannfheot2dec.wpd
20  SF2008401151

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Mark E. Hamann v. Ken Clark,Warden**        No.: **C 07-06008 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 22, 2008</u>, I served the attached:

**1.  APPLICATION FOR ENLARGEMENT OF TIME TO
FILE ANSWER OR RESPONSIVE MOTION;
2.  DECLARATION COUNSEL IN SUPPORT OF SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME; and 3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Mark E. Hamann
SPN# F -17150
California SATF & State Prison, FB3-243
P.O. Box 5248
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2008, at San Francisco, California.

|                          |                          |
|--------------------------|--------------------------|
| J. Espinosa              | /s/ J. Espinosa          |
| Declarant                | Signature                |

hamannfheot3pos.wpd
SF2008401151