Court Clerk,                                              7/23/08

I've just received my third application for enlargement of time by the A.G. How many more enlargements can the A.G. receive? I've only got 11 months left in prison. Hmm, maybe that's the point?

Thanks

#C07-06008 TEH    Mark B. Hamann F17150
CSATF/SP F3-280
PO Box 5248
Corcoran, Ca. 93212

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA