Court Clerk,                           7/26/08

# C07-06008 TEH

ADDRESS CHANGE

OLD — Mark Hamann F17150
CSATF/SP   F3-280
PO Box 5248
Corcoran, CA 93212

RECEIVED 08 JUL 30 PM 12:59 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED JUL 30 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

NEW — F1-246

Please give info to the AG.

CSATF/STATE PRISON AT CORCORAN
P.O. 5248
CORCORAN, CA 93212

NAME Hammond
NUMBER F17150
HOUSING F1-246

**STATE PRISON
GENERATED MAIL**

Office of the Clerk, U.S. District
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102