IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 25, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

Dated: 08/21/08

THELTON E. HENDERSON
United States District Judge

[Proposed] Order

*Mark E. Hamann v. Ken Clark*, Warden
Case No. C 07-06008 TEH (PR)

1