UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK EDWARD HAMANN,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.

Case Number: CV07-06008 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. Hamann #:F-17150
California State Prison at Corcoran
CSATF/SP, F1-246
P.O. Box 5248
Corcoran, CA 93212

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk