1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CATHERINE A. RIVLIN, State Bar No. 115210
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5977
    Fax:  (415) 703-1234
8   Email:  Catherine.Rivlin@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 10-day enlargement of time until September 4, 2008, within which to answer the petition for writ of habeas corpus in this case or file any other appropriate motion.  As explained in the declaration, counsel for respondent has obtained the state court appellate record and the state habeas corpus record for lodging, but has been burdened by earlier-assigned cases and time out of the office.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

Application for Enlargement of Time                              M*ark E. Hamann v. Ken Clark, Warden*
                                                                                         C 07-06008 TEH (PR)

1

1  WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2  to and including September 4, 2008, in which to file the answer.
3  Dated: August 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General
Attorneys for Respondent

Hamannfheot4req.wpd
SF2008401151

Application for Enlargement of Time                           M*ark E. Hamann v. Ken Clark, Warden*
                                                              C 07-06008 TEH (PR)