1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   CATHERINE A. RIVLIN, State Bar No. 115210
    Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5977
     Fax:  (415) 703-1234
8    Email:  Catherine.Rivlin@doj.ca.gov
    Attorneys for Respondent
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| **v.** | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

I, Catherine A. Rivlin, declare under penalty of perjury as follows:

I am the California Supervising Deputy Attorney General assigned to handle the above-encaptioned case.  I have obtained the appellate file and the state habeas corpus records.  I was the responsible deputy on the direct appeal and thus have familiarity with the case, issues, and facts.  However the press of earlier assigned cases has prevented my devoting substantial attention to this case to date.   In the most recent 30 days, I filed the substantial respondent's brief in *People v. Parker*, A117498, was out of the office from August 8-20, and have been working on this assignment since my return.  I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently reached. For these reasons, I request an additional 10 days, to September 4, 2008, within which to answer or

1  file a responsive pleading in this case.

2        I declare under penalty of perjury of the laws of the State of California and the United

3  States of America that the foregoing is true and correct.  Executed at San Francisco, California on

4  August 25, 2008.

5

6                                          Respectfully submitted,

7                                          EDMUND G. BROWN JR.
                                        Attorney General of the State of California

8                                          DANE R. GILLETTE
                                        Chief Assistant Attorney General

9                                          GERALD A. ENGLER
                                        Senior Assistant Attorney General

10                                          PEGGY S. RUFFRA
                                        Supervising Deputy Attorney General

11

12

13                                          /s/ Catherine A. Rivlin

14                                          _____

15                                          CATHERINE A. RIVLIN
                                        Supervising Deputy Attorney General
                                        Attorneys for Respondent

16

17
  hamannfheot4dec.wpd

18    SF2008401151

19

20

21

22

23

24

25

26

27

28

Decl. of Counsel in Supp. of Appl. for Enl. of Time                         *Mark E. Hamann v. Ken Clark, Warden*