1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  CATHERINE A. RIVLIN
   Supervising Deputy Attorney General
6  State Bar No. 115210
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5977
8   Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK E. HAMANN,** | C 07-06008 TEH (PR) |
| Petitioner, | |
| v. | **NOTICE OF LODGING AND INDEX OF EXHIBITS** |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Respondent hereby lodges the required records in this case pursuant to this Court's Order to Show Cause, filed March 27, 2008, and the Rules Governing Section 2254 Cases. We have not lodged extraneous state court records not specified in the rules and which could have no conceivable relevance to this collateral proceeding. All such documents remain available for the Court upon request.

A. **Trial Records:** *People v. Mark E. Hamann*, **Marin County Superior Court No. SC143245A**

1. Clerk's Transcript

2. Probation Officer's Report

Notice Of Lodging And Index Of Exhibits -                                     *Hamann v. Clark*, C 07-06008 TEH (PR)

1

B. **Trial Records:** *People v. Mark E. Hamann*, **Marin County Superior Court No. SC143245A (chronological order)**

    1. Reporter's Transcript (Nov. 28, 2005: Change of Plea)

    2. Reporter's Transcript (Feb. 21, 2006: Sentencing)

C. **Appeal Record:** *People v. Mark E. Hamann*, **California Court of Appeal, Case No. A113181**

    1. Appellant's Opening Brief

    2. Respondent's Brief

    3. Appellant's Reply Brief

    4. Opinion of the Court of Appeal

    5. Remittitur

D. **Habeas Record:** *In re Mark E. Hamann*, **California Supreme Court, Case No. S155920**

    1. Petition for Writ of Habeas Corpus

    2. Order Denying the Petition for Writ of Habeas Corpus

E. **Habeas Record:** *In re Mark E. Hamann*, **California Court of Appeal, Case No. A118714**

    1. Petition for Writ of Habeas Corpus

    2. Order Denying the Petition for Writ of Habeas Corpus

F. **Habeas Record:** *In re Mark E. Hamann*, **Superior Court of California, County of Marin, Case No. 152606A**

    1. Petition for Writ of Habeas Corpus

    2. Order Denying Petition for Writ of Habeas Corpus (June 6, 2007)

    3. Order Denying Petition for Writ of Habeas Corpus (July 25, 2007)

Notice Of Lodging And Index Of Exhibits -          *Hamann v. Clark*, C 07-06008 TEH (PR)

2

Dated: September 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Catherine A. Rivlin
_____
CATHERINE A. RIVLIN
Supervising Deputy Attorney General

Attorneys for Respondent

CAR:cr/je
SF2008401151

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   *Mark Hamann v. Ken Clark*                                     No.:  **C 07-06008 THE (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 5, 2008</u>, I served the attached:

**1.   ANSWER**;
**2.   MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE PETITION FOR WRIT OF HABEAS CORPUS**; and
**3.   NOTICE OF LODGING AND INDEX OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Mark E. Hamann
#:F-17150
California State Prison at Corcoran
CSATF/SP, F1-246
P.O. Box 5248
Corcoran, CA 93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 5, 2008, at San Francisco, California.

|                          J. Espinosa                          |                         /s/ J. Espinosa                         |
| :---: | :---: |
| Declarant | Signature |

Hamann.POS.wpd